# UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| United States of America | } | |
| | } | JUDGE JOHN R. ADAMS |
| Plaintiff, | } | |
| vs. | } | NO. 4:17CR307 |
| | } | |
| Shanetta Sly | } | |
| | } | |
| | } | |
| Defendant. | } | **N O T I C E** |
| | } | |

TAKE NOTICE to appear for a REVOCATION PROCEEDING of Bond scheduled for <u>July 25, 2018 at 1:30 p.m.</u>, Courtroom 575, Federal Building - U.S. Courthouse, 2 South Main Street, Akron, Ohio, before the Honorable John R. Adams, United States District Judge.

**DATE : July 18, 2018**

                                                                **SANDY OPACICH**
                                                                     **Clerk**

                          **By**     *s*/**Christin M. Kestner**
                                     **Courtroom Clerk to the**
                                     **Honorable John R. Adams**
                                     **(330) 252-6070**